EXHIBIT

A

# IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

Omauri Stephens,

                               Plaintiff,

                v.

Bradley Gober, individually and in his former official capacity as Chief of Police for the DeKalb County School District; DeKalb County School District Police Department; DeKalb County School District; Redan High School; and John Does 1-3, School Resource Officers, in their official capacity,

                           Defendants.

CASE NO. 25A03845

**COMPLAINT**
**(JURY TRIAL DEMANDED)**

COMES NOW the Plaintiff, Omauri Stephens (hereinafter "Plaintiff"), by and through undersigned counsel, and files this Complaint against Defendants Bradley Gober, individually and in his former official capacity as Chief of Police for the DeKalb County School District; DeKalb County School District; Redan High School; and John Does 1-3, School Resource Officers, in their official capacity, and alleges as follows:

## PARTIES, JURISDICTION, AND VENUE

1.

Plaintiff Omauri Stephens is a citizen and resident of DeKalb County, Georgia.

2.

Defendant Bradley Gober is sued in his individual capacity and in his former official capacity as Chief of Police for the DeKalb County School District Police Department, for actions taken under color of law while acting within the scope of his employment and official duties.

3.

1

STATE COURT OF
DEKALB COUNTY, GA.
5/28/2025 8:53 PM
E-FILED
BY: Monica Gay

Defendant DeKalb County School District Police Department is a law enforcement agency operating within DeKalb County, Georgia.

4.

Defendant DeKalb County School District operates public schools within DeKalb County, Georgia.

5.

Defendant Redan High School is a public high school located in DeKalb County, Georgia.

6.

John Does 1-3 are School Resource Officers employed by the DeKalb County School District. At all relevant times, Defendants acted within the scope of their employment and under color of law. Plaintiff will amend this Complaint to include their identities upon discovery.

7.

Venue is proper in this Court pursuant to O.C.G.A. § 15-7-4, as the acts and omissions giving rise to this Complaint occurred in DeKalb County, Georgia.

8.

This Court has Jurisdiction over the parties and the subject matter of this action.

## **FACTUAL ALLEGATIONS**

9.

On or about August 31, 2023, Plaintiff was a minor student at Redan High School in DeKalb County, Georgia.

10.

On the above date, Defendant Bradley Gober, while acting in his capacity as Police Chief for the

2

DeKalb County School District Police Department, unnecessarily and without justification physically assaulted Plaintiff by body-slamming them to the ground.

11.

As a result of this use of excessive force, Plaintiff suffered physical injuries, emotional distress, and psychological trauma.

12.

Following the assault, Plaintiff was unlawfully arrested by Defendant Bradley Gober without probable cause or justification.

13.

Despite having custody of Plaintiff (a minor at the time of this incident), neither the DeKalb County School District Police Department nor Redan High School or The DeKalb County School District made any effort to notify Plaintiff's parent/guardian of the incident, the arrest, or the Plaintiff's location, in violation of Georgia law and applicable school district policies.

14.

The conduct of Defendant Bradley Gober and the failure of the other Defendants to intervene, supervise, or notify Plaintiff's parent/guardian constitute gross negligence, recklessness, and deliberate indifference to the rights and safety of Plaintiff.

## CAUSES OF ACTION

**COUNT I: EXCESSIVE FORCE (42 U.S.C. § 1983)**

15.

Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

16.

Defendant Bradley Gober, acting under color of law, violated Plaintiff's Fourth and Fourteenth Amendment rights by using excessive force that was unreasonable and unnecessary under the circumstances.

17.

As a direct and proximate result of Defendant Gober's actions, Plaintiff suffered physical injuries, pain and suffering, emotional distress, and other damages.

**COUNT II: FAILURE TO NOTIFY PARENT (NEGLIGENCE)**

18.

Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

19.

Defendants DeKalb County School District Police Department and Redan High School and/or The DeKalb County School District owed a duty to notify Plaintiff's parent/guardian of the incident and the arrest of Plaintiff in a timely manner.

20.

Defendants breached this duty by failing to notify Plaintiff's parent/guardian, resulting in additional emotional harm and distress to Plaintiff.

**COUNT III: NEGLIGENT SUPERVISION AND TRAINING**

21.

Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

22.

Defendants DeKalb County School District Police Department, Redan High School, and DeKalb

4

County School District failed to properly supervise and train their employees, including Defendant Bradley Gober, regarding appropriate interactions with minors, use of force, and parental notification requirements.

23.

This failure directly resulted in the injuries and damages suffered by Plaintiff.

**COUNT IV: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

24.

Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

25.

The conduct of Defendant Bradley Gober in body-slamming and wrongfully arresting Plaintiff, as well as not notifying Plaintiff's parent/guardian of the arrest, the conduct was so extreme and outrageous that it exceeds all bounds of decency typically tolerated in a civilized society.

26.

Plaintiff experienced extreme psychological trauma, including emotional withdrawal and difficulty concentrating at school, as a direct result of Defendant's conduct.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Plaintiff respectfully prays that this Court:

a. Enter judgment in favor of Plaintiff and against Defendants;

b. Award compensatory damages to Plaintiff for physical injuries, emotional distress, and other damages sustained;

c. Award punitive damages against Defendants for their reckless and outrageous conduct/omissions;

5

d. Award attorney's fees and costs of litigation pursuant to applicable law;

e. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted this 28th day of May, 2025.

**POULIN | WILLEY**

_/s/ Thomas W. Sizemore_
Thomas W. Sizemore, Esq.
GA Bar No.: 823195
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
P: (803) 222-2222
F: (843) 353-1604
E: teamsizemore@poulinwilley.com
**ATTORNEY FOR THE PLAINTIFF**

STATE COURT OF
DEKALB COUNTY, GA.
5/28/2025 8:53 PM
E-FILED
BY: Monica Gay

6